RECEIVED & FILED

'09 NOV -4 P1 :32

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Attorney Name: Haines & Krieger, LLC
Attorney Address: David Krieger, Esq.
1020 Garces Ave.
Las Vegas, NV 89101
Attorney Phone#: 702-880-5554
Attorney for: Debtors
Bar Code: 9086

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE
CATALIN MOROIANU
Janet Y. Brauer-Moroianu
Debtor(s)

BK-S 09-10984
Chapter 13
Trustee: R. Yarnall

**(X) CHANGE OF ADDRESS FOR:**
(X) DEBTOR
( ) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

Name(s): CATALIN MOROIANU
Janet Y. Brauer-Moroianu
292 White Bluffs St
Las Vegas, NV. 89148
Zip Code

Telephone Number: (702) 474-5973

DATED: 11/2/09

SIGNATURE

Janet Y. Brauer-Moroianu

Note: Please submit this form *to the address below.*

**Clerk, United States Bankruptcy Court**
**300 Las Vegas Blvd. South 4th Floor**
**Las Vegas, NV 89101**