Entered on Docket
January 13, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association as Trustee for Credit Suisse First Boston CSFB ARMT 2005-4
09-74451

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-10984-mkn |
| Catalin Moroianu and Janet Y. Brauer-Moroianu | Date:  12/9/09<br>Time: 1:30pm |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston CSFB ARMT 2005-4, its assignees and/or successors in interest, of the subject property, generally described as 6328 Azurelyn Ave., Las Vegas, NV 89122.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2009.

Submitted by
**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Elizabeth R. Deflyer
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   __x__ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   __x__ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor